IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WILLIAM QUINN MEREDITH, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:12-CV-00481 |
| § | |
| BARNETT OUTDOORS, LLC § | JURY TRIAL DEMANDED |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed an Agreed Motion to Dismiss this lawsuit pursuant to Fed.R.Civ.P. 41(a)(2) on the grounds that the parties have resolved the matters at issue in this cause. After consideration of the Motion and the representation by the parties that the issues presented in the Plaintiff's pleadings have been resolved, this Court GRANTS the Agreed Motion to Dismiss.

It is therefore ordered that this civil action and all causes of action brought by Plaintiff William Quinn Meredith in this action are hereby dismissed with prejudice to the Plaintiff refiling same. All taxable costs of court shall be taxed to the party incurring same.

SO ORDERED.

**SIGNED this 25th day of April, 2013.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE